**No. 61866.**—Bunge Corporation *v.* United States, protest 310200–K (A) (New York).

Opinion by DONLON, J. Following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

APRIL 23, 1958

**No. 61867.**—Electric & Musical Industries (US), Ltd. *v.* United States, protest 296208–K.— ▐C. D. 1973. Motion of Government for rehearing granted.

BEFORE THE FIRST DIVISION, APRIL 29, 1958

**No. 61868.**—Theo. L. Stern & Co., Inc. *v.* United States, protests 301232–K, 302423–K, and 322410–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items of merchandise in question consist of figures of angels, composed of polystyrene, used as Christmas tree ornaments, and that they must resemble in use similar figures, composed of cellulose, the claim of the plaintiff was sustained.

**No. 61869.**—Liebermann Waelchli & Co. N. Y., Inc. *v.* United States, protests 315552–K and 315553–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photographic cameras similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.